**In the Matter of the Application of Francis Norwood BARD.**

(Court of Appeals of District of Columbia. Submitted January 12, 1927. Decided March 7, 1927.)

No. 1899.

Appeal from the Commissioner of Patents.

Paul Carpenter and B. J. McCann, both of Chicago, Ill., J. T. Basseches, of New York City, and J. H. McCann, of Washington, D. C., for appellant.

T. A. Hostetler, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

MARTIN, Chief Justice. This is an appeal from concurrent decisions of the tribunals of the Patent Office, rejecting all of the 24 claims of the appellant's application for a patent.

This case was argued and submitted concurrently with No. 1814, —— App. D. C. ——, 18 F.(2d) 189, this day decided by us; the same person being appellant· in both cases, and the issues in both being similar in substance. It is only necessary for us here to say that, consistently with our conclusion in that case, we affirm the decision of the Commissioner of Patents herein.